

# CARLSON, CASPERS, VANDENBURGH & LINDQUIST

INTELLECTUAL PROPERTY LITIGATION & COUNSELING

January 13, 2010

Alan G. Carlson
Direct Dial: 612-436-9616
E-mail: acarlson@ccvl.com



Clerk, U.S. District Court
District of New Nevada
333 Las Vegas Blvd South
Las Vegas, NV 89101

Re:  ***SEC v. Cook, et al.***, **Misc. Case No. 2:09-ms-00104-NA**
Related Case: Civil Case No. 09-cv-3333 (MJD/JJK)
United States District Court for the District of Minnesota

Dear Clerk of Court:

On November 23 and 24, 2009, the Honorable Michael J. Davis, Chief Judge for the United States District Court of Minnesota, entered an Order Appointing Receiver and an Order Imposing Asset Freeze and Other Ancillary Relief and Setting A Hearing On Motion For Preliminary Injunction in *SEC v. Cook, et al.*, Civil Case No. 09-cv-3333 (MJD/JJK) ("SEC Orders"), whereby R.J. Zayed was appointed as Receiver for: (1) the estates of Defendants Trevor G. Cook ("Cook"), Patrick J. Kiley ("Kiley"); (2) Defendants UBS Diversified Growth LLC, Universal Brokerage FX Management, LLC, Oxford Global Advisors, LLC, Oxford Global Partners, LLC (collectively the "Defendant Shell Companies"); (3) Relief Defendants Basel Group, LLC, Crown Forex, LLC, Market Shot, LLC, PFG Coin and Bullion, Oxford Developers, S.A., Oxford FX Growth, L.P., Oxford Global Managed Futures Fund, UBS Diversified FX Advisors, LLC, UBS Diversified FX Growth L.P., and UBS Diversified FX Management, LLC (collectively the "Relief Defendant Shell Companies"); (4) all funds, accounts, and other assets held by or for Relief Defendants Clifford Berg and Ellen Berg, which were received, directly or indirectly, from the Defendants or were acquired with funds or other assets received, directly or indirectly, from the Defendants; and (5) every other corporation, partnership, trust and/or other entity (regardless of form) which is directly or indirectly owned by or under the direct or indirect control of Cook and Kiley.

Pursuant to 28 USCS § 754, the receiver shall ". . . file copies of the complaint and such order of appointment [of the receiver] in the district court for each district in which property is located."

Accordingly, the receiver complied with the statutory requirements and sent a letter dated December 3, 2009 to you, enclosing copies of the Complaint and SEC Orders as entered in the

January 13, 2010
Page 2

District of Minnesota, along with a check for the filing fee, and requested that a new case be opened in your district court.

We want to advise you that no further action is required in this matter and that you should close it.

Should you have any further questions regarding this matter, please feel free to contact Rhonda Firner at (612) 436-9641 or by email at: rfirner@ccvl.com.

Thank you in advance for your courtesy in this regard.

Very truly yours,

Alan G. Carlson

AGC:RJZ:rdf

cc:    John E. Birkenheier
       Robyn A. Millenacker